IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RUDY ESPINOZA, §
 §
Plaintiff, §
 §
v. § 2:19-CV-39-Z
 §
TEXAS TECH ADMINISTRATION, *et al.*, §
 §
Defendants. §

**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**

Before the Court are the findings, conclusions and recommendation of the United States Magistrate Judge to deny the Motion for Summary Judgment filed by Plaintiff in this case. (ECF 21). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and the Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

May 27, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE